**Order entered September 10, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00813-CV

**BODUM USA, INC. AND BODUM HOLDING AG, Appellants**

**V.**

**J.C. PENNEY CORPORATION, INC., Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-04943-2013**

## ORDER

Before the Court are Nicole J. Wing's September 7, 2018 motion and supporting motion for admission pro hac vice. We **GRANT** the motions. Ms. Wing shall be allowed to participate, on behalf of appellants, in the proceedings in this cause including oral argument.

/s/    DAVID EVANS
        JUSTICE